# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  HARVEY COWINS | ) | Case No. 23 B 04648 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for June 08, 2023 10:00 am, for the following:

   Debtor has failed to provide proof of social security income statement and proof of pension income in accordance with 11 U.S.C. Section 1325(a)(6).

   Plan underfunded due to higher than provided for IRS claim could cause feasibility issue in accordance with 11 U.S.C. Section 1325(a)(1).

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: May 15, 2023                                                                /s/ Thomas H. Hooper

                                                                                                   Thomas H. Hooper
                                                                                                   Chapter 13 Trustee
                                                                                                   55 E. Monroe St., Suite 3850
                                                                                                   Chicago, IL 60603
                                                                                                   (312) 294-5900

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   HARVEY COWINS | ) | Case No. 23 B 04648 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

THE SEMRAD LAW FIRM LLC                        (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                              (via CM/ECF)
United States Trustee

HARVEY COWINS                                       (via U.S. Postal Service)
1758 W 83RD ST
CHICAGO, IL 60620
*Debtor*

Dated: May 15, 2023                                     /s/ Emily Baez

Emily Baez
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900